UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JESSICA WAGNER<br><br>　　　　Plaintiff,<br><br>v.<br><br>SOCIÉTÉ AIR FRANCE (improperly designated as "Air France")<br><br>　　　　Defendant. | FILED<br>IN CLERKS OFFICE<br><br>2003 NOV 24  A 10: 22<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS.<br><br>CIVIL ACTION NO.: _____<br><br>03-40262-NMG |

## NOTICE OF REMOVAL

TO:　THE HONORABLE JUDGES OF THE UNITED STATES
　　　DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

PLEASE TAKE NOTICE that the Defendant, Société Air France (improperly designated "Air France"), by and through its undersigned counsel, Robins, Kaplan, Miller & Ciresi LLP, hereby notifies this Honorable Court of the removal of the above-captioned civil action from the Fitchburg District Court to the United States District Court for the District of Massachusetts. The basis for removal is more particularly stated as follows:

　　1.　On or about September 2, 2003, the Plaintiff, Jessica Wagner ("Plaintiff"), commenced this action by filing a Statement of Small Claim in the Fitchburg Division of the District Court Department, in the county of Worcester, in the matter captioned *Jessica Wagner v. Air France*, Civil Action No. 0316 SC 1093. A true and correct copy of the Statement of Small Claim is attached hereto as Exhibit "A."

35011707.1

FILING FEE PAID:
RECEIPT # _____
AMOUNT $ _____
BY DPTY CLK _____
DATE 11-24-03

2.	On or about November 5, 2003, Defendant received a copy of the attached Notice of Small Claim at its Florida customer service center.

3.	There have been no further proceedings in the Fitchburg District Court and there are no other pleadings of record in that action.

4.	This Notice of Removal is being filed with the Court within thirty (30) days of Defendant's receipt of the Statement of Small Claim as provided by 28 U.S.C. §1446(b).

5.	Defendant is a foreign corporation, duly organized and existing under the laws of the Republic of France, with a principal place of business located in Paris, France.

6.	The Republic of France owns a majority of the shares of stock of the Defendant.

7.	Defendant is an "agent or instrumentality of a foreign state" as defined by 28 U.S.C. §1603 as it is a corporation with a majority of shares owned by a foreign state or political subdivision.

8.	This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1330, without regard to the amount in controversy and this action is removable pursuant to 28 U.S.C. §1441(d).

9.	As an agency or instrumentality of a foreign state, Defendant hereby invokes its right pursuant to 28 U.S.C. §1441(d) to have this action tried without a jury in the United States District Court for the District of Massachusetts.

WHEREFORE, Defendant, Société Air France (improperly designated Air France), respectfully requests that the above-captioned action be removed from the Fitchburg Division of

the District Court Department to this Honorable Court.

                                      Respectfully submitted,
                                      ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                      Peter F. Winters. (BBO No.: 555698)
                                      111 Huntington Avenue, Suite 1300
                                      Boston, Massachusetts 02199
                                      (617) 267-2300
                                      Attorneys for Defendant, Société Air France

DATED: November 24, 2003

## CERTIFICATE OF SERVICE

I, Peter F. Winters, Esq., hereby certify that a true and correct copy of the foregoing document has been mailed, first class mail, postage prepaid on November 24, 2003, to the plaintiff's counsel Bruce Skrine, 626 Lewis Wharf, Boston, MA 02110.

*[signature]*
Peter F. Winters, Esq.



| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only | DOCKET NO. 0365C1093 | Trial Court of Massachusetts Small Claims Session |

**PART 1:** ☐ BOSTON MUNICIPAL COURT  ☒ DISTRICT COURT — Fitchburg Sm Claims Division  ☐ HOUSING COURT

**PART 2: PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE**
Jessyca Wagner
8 Alan Lane
Shelburne, MA 01776
PHONE NO: 978 342 1330

**PLAINTIFF'S ATTORNEY (if any)**
Name: Nunzi Wagner
Address: 39 Mass Ave, Lunenburg MA 01462

RECEIVED OCT 27 2003

**PART 3: DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE**
Air France - Customer Relations
P.O. Box 459000
Sunrise, FL 33345
PHONE NO: 877-247-9247

**ADDITIONAL DEFENDANT (if any)**

RECEIVED NOV - 7 2003

ORIGINAL CLAIM  30.00
SURCHARGE  10.00
PHONE NO: 40.00

**PART 4: PLAINTIFF'S CLAIM.** The defendant owes $1000.00 plus $___ court costs for the following reasons: Give the date of the event that is the basis of your claim.

On 7/19/03 Air France practiced unfair deceptive trade practices. I had confirmed reservations for flight 1149. Air France bumped me from my flight and made no attempt to reschedule me on another flight, thus leaving me stranded. Air France

SIGNATURE OF PLAINTIFF  X _____  DATE 9/1/03

**PART 5: MEDIATION:** ☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6: MILITARY AFFIDAVIT:**
☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military

SIGNATURE OF PLAINTIFF  X _____  DATE

**NOTICE TO DEFENDANT:**
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

NAME AND ADDRESS OF COURT:
**FITCHBURG DISTRICT COURT**
**100 ELM STREET**
**FITCHBURG, MA 01420**

DATE AND TIME OF TRIAL: **MONDAY, 12/1/03 AT 1:00 PM**
ROOM NO: **MAIN FLOOR COURTROOM**

FIRST JUSTICE: **PAUL F. LOCONTO**

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.

ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÉS, OBTENGA UNA TRADUCCIÓN.

# CIVIL COVER SHEET

03-40262

The JS-44 civil cover sheet and information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Jessica Wagner

## DEFENDANTS

Societe Air France (improperly designated as Air France) -NMG

2003 NOV 24 A 10:22

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **Worcester**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEY'S (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Bruce Skrine, Esq.
628 Lewis Wharf
Boston, MA 02110
508 331-6899

ATTORNEYS (IF KNOWN)

Peter F. Winters, Esq.
111 Huntington Avenue, Suite 1300
Boston, MA 02199-7610
617 267-2300

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties In Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PLTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place Of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | X 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USD 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | | ☐ 640 R.R. & Truck | | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | PROPERTY RIGHTS | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | | ☐ 660 Occupational Safety/Health | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 690 Other | ☐ 820 Copyrights | ☐ 850 Securities/Commodities/ Exchange |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | | ☐ 830 Patent | |
| ☐ 160 Stockholders' Suits | | ☐ 371 Truth in Lending | LABOR | ☐ 840 Trademark | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | | ☐ 891 Agricultural Acts |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | | SOCIAL SECURITY | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 893 Economic Matters |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 894 Ebergt Allocation Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 790 Other Labor Litigatoin | ☐ 865 RSI (405(g)) | |
| ☐ 230 Rent Lease & Equipment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 950 Constituionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandaus & Other | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | ☐ 871 IRS - Third Party 28 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

Unfair and deceptive business practice, U

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23

DEMAND $ 2,000.00

CHECK YES only if demanded in complaint
JURY DEMAND: ☐ YES　X NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____　DOCKET NUMBER _____

DATE November 24 2003

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT# _____　AMOUNT _____　APPLYING IFP _____　JUDGE _____　MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

03 - 40262 -NMG 

1. Title of case (name of first party on each side only)___Jessica Wagner v. Societe Air France (improperly designated as Air France)

FILED
IN CLERK'S OFFICE

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

2003 NOV 24 A 10: 22

___ I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

___ II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, *Also complete AO 120 or AO 121
740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.    for patent, trademark or copyright cases

_X_ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
380, 385, 450, 891.

___ IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
690, 810, 861-865, 870, 871, 875, 900.

___ V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
_____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

YES ☐   NO X☐

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

YES ☐   NO X☐

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

YES ☐   NO X☐

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

YES ☐   NO ☐

A. If yes, in which division do all of the non-governmental parties reside?

Eastern Division ☐   Central Division ☐   Western Division ☐

B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

Eastern Division ☐   Central Division X☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

YES ☐   NO X☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _____Peter F. Winters, Esq._____
ADDRESS _____111 Huntington Avenue, Boston, MA 02199-7610_____
TELEPHONE NO. _____617 267-2300_____

(#35011705v1<BN1> -WAGNER V. AIR FRANCE - Category Sheet.wpd - 10/17/02)