# Small Claims DOCKET

**DOCKET NUMBER:** 200316SC001093

**Trial Court of Massachusetts — District Court Department** 

**CASE NAME:** JESSICA WAGNER vs. SOCIETE AIR FRANCE

*(handwritten: 03-CV-40262-NMG)*

*(stamp: FILED IN CLERK'S OFFICE 2003 DEC -4 A 11:49 U.S. DISTRICT COURT DISTRICT OF MASS.)*

**CURRENT COURT:** Fitchburg District Court
100 Elm Street
Fitchburg, MA 01420-3186
(978) 345-2111

**ASSOCIATED DOCKET NO.:** 
**DATE FILED:** 09/12/2003
**DATE DISPOSED:** 00/00/0000

**PLAINTIFF(S):**
P01  JESSICA WAGNER
C/O NORM WAGNER
39 MASS AVE
LUNENBURG, MA 01462
(978) 342-1330

**PLAINTIFF'S ATTORNEY:**

**DEFENDANT(S)/OTHER SINGLE PARTIES:**
D01  SOCIETE AIR FRANCE
CUSTOMER RELATIONS
PO BOX 459000
SUNRISE, FL 33345
(877) 247-9247

**DEFENDANT'S ATTORNEY:**
PETER FRANKLIN WINTERS
111 HUNTINGTON AVENUE
SUITE 1300
BOSTON, MA 02199-7610
(617) 267-2300

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 1 | 10/03/2003 | Statement of Small Claim entered on 09/12/2003 at Fitchburg District Court. |
| 2 | 10/03/2003 | Filing fee of $30.00 and surcharge of $10.00 paid (G.L. c.218 §22; 262 §4C). |
| 3 | 10/03/2003 | Case Inactivated: No future events scheduled. |
| 4 | 10/22/2003 | Small claim notice of trial issued to plaintiff(s) by first class mail, and to defendant(s) by certified and first class mail (Uniform Small Claims Rule 3(a)). |
| 5 | 10/22/2003 | MAGISTRATE TRIAL SCHEDULED for 12/01/2003 01:00 PM. |
| 6 | 11/07/2003 | Return of service on small claim notice of trial to D01 AIR FRANCE: Certified mail returned DELIVERED; signed receipt returned. |
| 7 | 11/26/2003 | Appearance for Societe Air France filed by Attorney PETER FRANKLIN WINTERS 111 Huntington Avenue Suite 1300 Boston MA 02199-7610 BBO# 555698 |

Page 1 of 2

A TRUE COPY, ATTEST: X *(signature)* CLERK-MAGISTRATE/ASST. CLERK

DATE: 12-2-03

Date/Time Printed: 12/02/2003 12:36 PM

# ROBINS, KAPLAN, MILLER & CIRESI LLP

SUITE 1300
111 HUNTINGTON AVENUE
BOSTON, MA 02199-7610
TEL: 617-267-2300  FAX: 617-267-8288
www.rkmc.com

ATTORNEYS AT LAW

PETER F. WINTERS
(617) 859-2716

November 24, 2003

Clerk of the Court
Fitchburg District Court/Small Claims Division
100 Elm Street
Fitchburg, Massachusetts 01420

Re:   *Jessica Wagner v. Société Air France*/Civil Action 0316 SC 1093

Dear Sir/Madam:

I enclose a Notice of Removal to the U.S. District Court for the above-captioned matter.

If you have any questions, please do not hesitate to call me.

Yours very truly,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Peter F. Winters

/bjc
enclosures

35011747.1

ATLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · SAINT PAUL · WASHINGTON, D.C

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS                                        FITCHBURG DISTRICT COURT

|  |  |
|---|---|
| JESSICA WAGNER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 0316 SC 1093 |
| SOCIÉTÉ AIR FRANCE (improperly designated ) | |
| as "Air France") ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF REMOVAL

To Plaintiff Jessica Wagner:

Please be advised that a Notice of Removal was filed in this action removing it to the United States District Court for the District of Massachusetts, Worcester Division, on November 24, 2003.

A copy of said Notice attached and is served and filed herewith.

                                   ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                   _____
                                   Peter F. Winters. (BBO No.: 555698)
                                   111 Huntington Avenue, Suite 1300
                                   Boston, Massachusetts 02199
                                   (617) 267-2300
                                   Attorneys for Defendant, Société Air France

35011646.1

## CERTIFICATE OF SERVICE

I, Peter F. Winters, Esq., hereby certify that a true and correct copy of the foregoing document has been mailed, first class mail, postage prepaid on November 24, 2003, to the plaintiff and plaintiff's counsel, Bruce Skrine, Esq. 628 Lewis Wharf, Boston, MA 02110.

_Peter F. Winters, Esq._

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 NOV 24  A 10: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JESSICA WAGNER<br><br>Plaintiff,<br><br>v.<br><br>SOCIÉTÉ AIR FRANCE (improperly designated as "Air France")<br><br>Defendant. | CIVIL ACTION NO.: _____<br><br>03-40262 |

## NOTICE OF REMOVAL

TO: THE HONORABLE JUDGES OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

PLEASE TAKE NOTICE that the Defendant, Société Air France (improperly designated "Air France"), by and through its undersigned counsel, Robins, Kaplan, Miller & Ciresi LLP, hereby notifies this Honorable Court of the removal of the above-captioned civil action from the Fitchburg District Court to the United States District Court for the District of Massachusetts. The basis for removal is more particularly stated as follows:

1. On or about September 2, 2003, the Plaintiff, Jessica Wagner ("Plaintiff"), commenced this action by filing a Statement of Small Claim in the Fitchburg Division of the District Court Department, in the county of Worcester, in the matter captioned *Jessica Wagner v. Air France*, Civil Action No. 0316 SC 1093. A true and correct copy of the Statement of Small Claim is attached hereto as Exhibit "A."

35011707.1

2. On or about November 5, 2003, Defendant received a copy of the attached Notice of Small Claim at its Florida customer service center.

3. There have been no further proceedings in the Fitchburg District Court and there are no other pleadings of record in that action.

4. This Notice of Removal is being filed with the Court within thirty (30) days of Defendant's receipt of the Statement of Small Claim as provided by 28 U.S.C. §1446(b).

5. Defendant is a foreign corporation, duly organized and existing under the laws of the Republic of France, with a principal place of business located in Paris, France.

6. The Republic of France owns a majority of the shares of stock of the Defendant.

7. Defendant is an "agent or instrumentality of a foreign state" as defined by 28 U.S.C. §1603 as it is a corporation with a majority of shares owned by a foreign state or political subdivision.

8. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1330, without regard to the amount in controversy and this action is removable pursuant to 28 U.S.C. §1441(d).

9. As an agency or instrumentality of a foreign state, Defendant hereby invokes its right pursuant to 28 U.S.C. §1441(d) to have this action tried without a jury in the United States District Court for the District of Massachusetts.

WHEREFORE, Defendant, Société Air France (improperly designated Air France), respectfully requests that the above-captioned action be removed from the Fitchburg Division of

the District Court Department to this Honorable Court.

Respectfully submitted,
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

_____

Peter F. Winters. (BBO No.: 555698)
111 Huntington Avenue, Suite 1300
Boston, Massachusetts 02199
(617) 267-2300
Attorneys for Defendant, Société Air France

DATED: November 24, 2003

## **CERTIFICATE OF SERVICE**

I, Peter F. Winters, Esq., hereby certify that a true and correct copy of the foregoing document has been mailed, first class mail, postage prepaid on November 24 2003, to the plaintiff's counsel Bruce Skrine, 628 Lewis Wharf, Boston, MA 02110.

_____
Peter F. Winters, Esq.

| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only | DOCKET NO. 0365C1093 | Trial Court of Massachusetts Small Claims Session |
|---|---|---|---|

**PART 1:** ☐ BOSTON MUNICIPAL COURT  ☒ DISTRICT COURT Fitchburg m Claims Division  ☐ HOUSING COURT Division

**PART 2:** PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE
Jessica Wagner
8 Her Lane
Shelburn MA 01776
PHONE NO: 978 342 1330

PLAINTIFF'S ATTORNEY (if any)
John Wagner
39 Mass Ave
Lunenburg MA 01462

RECEIVED OCT 27 2003

**PART 3:** DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE
Air France - Customer Relations
P.O. Box 459000
Sunrise, FL 33345
PHONE NO: 877-247-9247

ADDITIONAL DEFENDANT (if any)

SMALL CLAIM 30.00
SURCHARGE 10.00

RECEIVED NOV - 7 2003

40.00

**PART 4:** PLAINTIFF'S CLAIM. The defendant owes $1000.00 plus $___ court costs for the following reasons:
Give the date of the event that is the basis of your claim.

On 7/19/03 Air France practiced unfair deceptive trade practices. I had confirmed reservations for flight 1149. Air France bumped me from my flight and made no attempt to reschedule me on another flight thus leaving me stranded. Air France.

SIGNATURE OF PLAINTIFF X _____  DATE 7/1/03

**PART 5:** MEDIATION: Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6:** MILITARY AFFIDAVIT: The plaintiff states under the pains and penalties of perjury that the:
☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military.

X _____ SIGNATURE OF PLAINTIFF  DATE

**NOTICE OF TRIAL**
NOTICE TO DEFENDANT:
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT:
FITCHBURG DISTRICT COURT
100 ELM STREET
FITCHBURG, MA 01420

DATE AND TIME OF TRIAL:
MONDAY, 12/1/03 AT 1:00 PM
ROOM NO. MAIN FLOOR COURTROOM

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

FIRST JUSTICE: PAUL F. LOCONTO
CLERK-MAGISTRATE OR DESIGNEE

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.

| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only DOCKET NO. 0316SC1093 | Trial Court of Massachusetts Small Claims Session |
|---|---|---|
| **PART 1** ☐ BOSTON MUNICIPAL COURT | ☑ DISTRICT COURT Fitchburg Sm. Claims Division | ☐ HOUSING COURT _____ Division |

**PART 2**
PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE: Jessica Wagner, 8 Glen Lane, Sudbury MA 01776
PHONE NO: 978 342 1330

PLAINTIFF'S ATTORNEY (if any)
Name: Wm Wagner
Address: 39 Mass Ave, Lunenburg MA 01462

**PART 3**
DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE:
Air France – Customer Relations
P.O. Box 459000
Sunrise, FL 33345
PHONE NO: 877-247-9247

ADDITIONAL DEFENDANT (if any)
PHONE NO: 40.00

**PART 4**
PLAINTIFF'S CLAIM. The defendant owes $1000.00 plus $___ court costs for the following reasons:
Give the date of the event that is the basis of your claim.

On 7/19/03, Air France practiced unfair, deceptive trade practices. I had confirmed reservations for flight 1149. Air France bumped me from my flight and made no attempt to reschedule me on another flight, thus leaving me stranded. Air France.

SIGNATURE OF PLAINTIFF X [signature]   DATE 9/1/03

**PART 5**
MEDIATION: ...
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6**
MILITARY AFFIDAVIT: ...
☑ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military

X [signature] SIGNATURE OF PLAINTIFF   DATE

**NOTICE TO DEFENDANT:** You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

FIRST JUSTICE: PAUL F. LOCONTO
CLERK-MAGISTRATE OR DESIGNEE: [signature]

NAME AND ADDRESS OF COURT:
FITCHBURG DISTRICT COURT
100 ELM STREET
FITCHBURG, MA 01420

DATE AND TIME OF TRIAL:
MONDAY, 12/1/03 AT 1:00 PM
ROOM NO. MAIN FLOOR COURTROOM

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.

DC-SC-1 (01/02)  ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÈS, OBTENGA UNA TRADUCCIÒN.



03 SC 1093